

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DONICAN DONSHAE GREEN, | § | |
| | | No. 08-13-00046-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 432nd District Court |
| THE STATE OF TEXAS, | § | |
| | | of Tarrant County, Texas |
| Appellee. | § | |
| | | (TC# 1127025D) |
| | § | |

## **MEMORANDUM OPINION**

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.2(a). Finding that Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


GUADALUPE RIVERA, Justice

April 30, 2013

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)